# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR TILLERY,<br><br>    Plaintiff,<br><br>v.<br><br>DR. PAUL NOEL and DR. PANDYA HARESH,<br><br>    Defendants. | NO. 3:18-CV-0783<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 20th day of July, 2018, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 16) is **ADOPTED**.

(2) The Motion to Dismiss (Doc. 5) filed by Defendant Dr. Pandya Haresh is **DENIED**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge