# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAJOR TILLERY,

    Plaintiff,

v.

DR. PAUL NOEL, et al.,

    Defendants

Civil Action No. 3:18-CV-783

(J. CAPUTO)

(M.J. CARLSON)

## STIPULATION OF VOLUNTARY DISMISSAL (F.R.C.P. R. 41(a)(1)(A)(ii))

All individual matters in controversy in the above-entitled case having been adjusted, compromised, and finally settled between Plaintiff Major Tillery and Department Defendant Paul Noel, it is hereby stipulated and agreed, by and between Plaintiff Tillery and Department Defendant Noel, that the claims brought by Plaintiff Tillery in this case shall be dismissed with prejudice for this and any future action on account of the matters and things contained and set forth in Plaintiff's Complaint and/or Amended Complaint. The Parties are responsible for their own costs and attorney's fees, if any. Agreed to this 14th day of January, 2019.

_____
Bret Grote, Counsel for Plaintiff

_____
Vincent R. Mazeski, Counsel for DOC

_____
Michael C Hamilton, Counsel for Medical Defendants

SO ORDERED: 2/14/19

_____
/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge